JS-6

| | |
|---|---|
| ALLAN COURSEAULT, JR., an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, a Virginia limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:16-cv-08971 AB (AJWx)<br><br>**[PROPOSED] ORDER ON STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Judge: Hon. André Birotte, Jr.<br>Ctrm: 7B<br><br>Complaint Filed: December 5, 2016<br>Trial Date: None Set<br><br>[JURY TRIAL DEMANDED] |

1  On February 22, 2017, plaintiff ALAN COURSEAULT, JR. along with
2  defendant CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, entered into a
3  stipulation pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.
4  By the stipulation, the Parties agreed that the above-captioned action is
5  voluntarily dismissed with prejudice in its entirety.
6  Therefore, good cause having been shown and the parties having stipulated to
7  same, the Court hereby makes the following order:

IT IS ORDERED THAT:

1. This entire action is dismissed with prejudice, and each party shall bear their own fees and costs.

Dated:  March 6, 2017

_____
ANDRÉ BIROTTE JR.
United States District Court Judge